IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ECHOSTAR COMMUNICATIONS CORP.,<br>ECHOSTAR TECHNOLOGIES, CORP., and<br>ECHOSTAR DBS CORP.,<br><br>Defendants. | CIVIL ACTION NO. 2:07-CV-00119-TJW |

**ORDER**

Before the Court is Plaintiff's and Defendants' Joint Motion To Dismiss pursuant to their License And Settlement Agreement dated January 13, 2010. Having considered the motion, and the files and records herein, the Court hereby orders:

1. This case is DISMISSED WITH PREJUDICE from the active docket of the court.

2. Each party shall bear its own costs and attorney's fees.

SIGNED this 21st day of January, 2010.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE